Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq. (No. 44215) – of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>       Plaintiff,<br><br>  v.<br><br>CORNERSTONE RESTAURANT, INC. dba Cornerstone Restaurant; KWANG JANG; DANNY LEUNG; DOES 1-5, AS TRUSTEES OF THE "ALAN & KATHERINE KHATOONIAN 2002 REVOCABLE TRUST"; and DOES 6 through 50, inclusive,<br><br>       Defendants.<br>_____ | **Case No. CV-2:08-446 JAM DAD**<br><br>**Stipulation for Filing of Answer by Defendants Cornerstone Restaurant, Inc,, Kwang Jang and Danny Leung; Order Thereon** |

**It is hereby stipulated and agreed,** by and between the parties hereto, through their respective attorneys of record, that the Answer of Defendants Cornerstone Restaurant, Inc. dba Cornerstone Restaurant, Kwang Jang and Denny Leung ("Cornerstone Defendants") will be filed on May 30, 2008.

This extension was agreed to in order to give the Cornerstone Defendants and Defendant Trustees of the "Alan & Katherine Khatoonian 2002 Revocable Trust" the opportunity to discuss a settlement of this matter, and it is agreed that additional time would further those efforts.

**Carroll & Associates, PC**

1
_____
_Stipulation for Filing of Answer by Defendants Cornerstone, Jang and Leung

PDF created with pdfFactory trial version www.pdffactory.com

Dated: May 21, 2008.				THIMESCH LAW OFFICES

						By:	/s/ Timothy S. Thimesch
							Timothy S. Thimesch (State Bar No. 148213)
							Attorneys for Plaintiff Jean Riker

Dated: May 21, 2008.				CARROLL & ASSOCIATES, PC

						By:	/s/ Sheila Lamb Carroll
							Sheila Lamb Carroll (State Bar No. 142764)
							Attorneys for Defendants
							Cornerstone Restaurant, Inc.; Kwang Jang
							And Danny Leung

**ORDER**

It is so ordered.

DATE: May 22, 2008

						/s/ John A. Mendez
						Hon. John A. Mendez
						Judge, U.S. District Court

G:\C\Cornerstone\pleadings\Stip re Cornerstone Answer

PDF created with pdfFactory trial version www.pdffactory.com