Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE FARBER, ESQ. - Of Counsel, No. 44215
158 Hilltop Crescent
Walnut Creek, CA 94597
Tel: (925) 588-0401
Fax: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff JEAN RIKER

CARROLL & ASSOCIATES, P.C.
SHEILA LAMB CARROLL, ESQ. (SBN 142764)
JOAN C. WOODARD, ESQ. (SBN 129710)
IAN M. SILVERS, ESQ. (SBN 247416)
3600 American River Drive, Suite 145
Sacramento, CA 95864
Tel: 916.488.5388
Fax: 916.488.5387
scarroll@thecarrollfmn.com
JWoodard@TheCarrollFirm.com
imsilvers@sheridanlawassociates.com

Attorneys for Defendants CORNERSTONE RESTAURANT, INC., KWANG JANG AND DANNY LEUNG Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>CORNERSTONE RESTAURANT, INC.<br>dba Cornerstone Restaurant;<br>KWANG JANG, DANNY LEUNG; DOES<br>1-5, AS TRUSTEES OF THE "ALAN<br>& KATHERINE KHATOONIAN 2002<br>REVOCABLE TRUST"; and DOES 6<br>through 50, inclusive,<br>    Defendants.<br>_____/ | CASE NO. 2:08-CV-00446-JAM-DAD<br>Civil Rights |

PURSUANT TO THE PROVISIONS of the written settlement agreement between the parties, which resolve all outstanding claims for injunctive relief, compensatory damages, attorneys fees, litigation expenses and costs, and which directs the plaintiff to request dismissal of the action with prejudice, but to request that the District Court retain jurisdiction to

interpret and enforce the settlement agreement,

   PLAINTIFF HEREBY REQUESTS that the action be dismissed with prejudice but with the court retaining special jurisdiction to interpret and enforce the agreement.

Dated: June 23, 2008           THIMESCH LAW OFFICES
                               TIMOTHY S. THIMESCH


                                   /s/ Signature Authorized
                               Attorneys for Plaintiff
                               JEAN RIKER

**APPROVED AS TO FORM**

Dated: June 23, 2008              CARROLL & ASSOCIATES, P.C.
                               SHEILA LAMB CARROLL, ESQ.
                               JOAN C. WOODARD, ESQ.
                               IAN M. SILVERS, ESQ.


                                   /s/ Signature Authorized
                               Attorneys for Defendants
                               CORNERSTONE RESTAURANT, INC.,
                               KWANG JANG AND DANNY LEUNG


Dated: June 23, 2008           TRAINER FAIRBROOK
                               DANIEL M. STEINBERG, ESQ.


                                   /s/ Signature Authorized
                               Attorneys for Non-Appearing
                               Defendant ALAN & KATHERINE
                               KHATOONIAN 2002 REVOCABLE TRUST


                               **ORDER**


        **SO ORDERED.**

Dated: June 23, 2008
                               /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               Judge of U.S. District Court

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

— 2 —

PDF created with pdfFactory trial version www.pdffactory.com